**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern    District of   New York
                          (State)

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | **Debtor's name** | Maple Bank GmbH |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) _____ – _____<br>☒ Other  810 IN 128/16 M . Describe identifier  German Insolvency Proc. No.<br>**For individual debtors:**<br>☐ Social Security number: XXX - XX– _____<br>☐ Individual Taxpayer Identification number (ITIN): 9 XX - XX - _____<br>☐ Other _____ . Describe identifier _____ . |
| 3. | **Name of foreign representative(s)** | Dr. Michael C. Frege |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | In re Maple Bank GmbH, No. 810 IN 128/16 M, Amtsgericht Frankfurt am Main [Insolvency Court] |
| 5. | **Nature of the foreign proceeding** | *Check one:*<br>☐ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☒ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____<br>_____ |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☒ Yes |

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 1



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  __Maple Bank GmbH__
        Name

Case number (*if known*) _____

| 8. | Others entitled to notice | Attach a list containing the names and addresses of: |
|---|---|---|
|   |   | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
|   |   | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
|   |   | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Germany

**Debtor's registered office:**

26-32     Feuerbachstr
Number    Street

_____
P.O. Box

Frankfurt                     60325
City     State/Province/Region   ZIP/Postal Code

Germany
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City     State/Province/Region   ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

Neue     Mainzer Straße 2–4
Number   Street

_____
P.O. Box

Frankfurt                     60311
City     State/Province/Region   ZIP/Postal Code

Germany
Country

**10. Debtor's website** (URL)   http://www.maplebank.com/en/about-us.html

**11. Type of debtor**

*Check one:*

☒ Non-individual (*check one*):

    ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☒ Other. Specify:  foreign commercial bank

☐ Individual

16-10336-mg    Doc 1    Filed 02/15/16    Entered 02/15/16 22:26:06    Main Document
Pg 2 of 3


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Maple Bank GmbH | Case number (if known) | Unknown |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in *this* district?**

*Check one:*

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: Upon information and belief, the Debtor's assets are located in this district and others but not one location principally. Further, filing in this district promotes the convenience of parties including those with contracts and other obligations governed by NY law and to be performed or enforced in this district.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ ___/s/ Frege/___
Signature of foreign representative

Dr. Michael C. Frege, as Insovency Administrator and Foreign Representative
Printed name

Executed on  02/15/2016
MM / DD / YYYY

✗ ___/s/ Frege/___
Signature of foreign representative

Printed name  Dr. M. C. Frege
              as Administrator

Executed on  2  15  2016
MM / DD / YYYY

**14. Signature of attorney**

✗ s/ D. Farrington Yates
Signature of Attorney for foreign representative

Date 02/15/2016
MM / DD / YYYY

D. Farrington Yates
Printed name

Dentons US LLP
Firm name

1221                Avenue of the Americas
Number              Street

New York                                NY          10020
City                                    State       ZIP Code

212.768.6700                            farrington.yates@dentons.com
Contact phone                           Email address

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3


American LegalNet, Inc.
www.FormsWorkFlow.com