**DENTONS US LLP**
D. Farrington Yates
Giorgio Bovenzi
James A. Copeland
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700

*Counsel for the Petitioner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| MAPLE BANK GmbH, | Case No. 16-_____ (___) |
| Debtor in a Foreign Proceeding. | Recognition Request Pending |

**JOINT VERIFICATION OF DR. MICHAEL C. FREGE, AS DULY APPOINTED INSOLVENCY ADMINISTRATOR OF MAPLE BANK GMBH, AND DR. CHARLOTTE L. SCHILDT, AS GERMAN COUNSEL TO THE INSOLVENCY ADMINISTRATOR, IN SUPPORT OF VERIFIED PETITION FOR RECOGNITION UNDER CHAPTER 15 AND MOTION FOR ORDER GRANTING RELATED RELIEF**

Dr. Michael C. Frege and Dr. Charlotte L. Schildt, pursuant to 28 U.S.C. § 1746, hereby verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. On February 6, 2016, Germany's Federal Financial Supervisory Authority, *Bundesanstalt für Finanzdienstleistungsaufsicht* ("BaFin"), issued a moratorium under Section 46a of the German Banking Act *(Kreditwesengesetz)* (the "February 6 Order"). Pursuant to the moratorium, Maple Bank GmbH ("Maple Bank") was prohibited from undertaking its normal business activities, including but not limited to, (i) disposing of any assets and making any payments, (ii) keeping its business open for contact with its customers, and (iii) accepting any payments from third parties except in exchange for redemption of a debt owed to Maple Bank.

2. BaFin filed an application for the opening of insolvency proceedings with the insolvency court at the Frankfurt Lower District Court (*Amtsgericht Frankfurt am Main*) (the "German Court"), which application was granted thereby commencing insolvency proceedings before the German Court with respect to Maple Bank.

3. On February 11, 2016, the German Court issued an order appointing the undersigned as the Insolvency Administrator (*Insolvenzverwalter*) of Maple Bank (the "February 11 Order").

4. In accordance with German law and pursuant to the February 11 Order, Dr. Michael C. Frege became vested with the power to administer the assets forming part of the insolvency estate (*Insolvenz-masse*) of Maple Bank and to dispose of any of the assets contained therein.

5. Dr. Frege, by and through his German counsel, has full authority to verify the *Verified Petition For Recognition of Foreign Proceeding and Motion for Order Granting Related Relief* (the "Verified Petition") related to Maple Bank, and submits this Verification in support of the Verified Petition, which was filed contemporaneously herewith.

6. Dr. Frege and Dr. Schildt have read the Verified Petition and verify that, to the best of their knowledge, information and belief, the factual allegations contained therein are true and correct.

[*signature on following page*]

- 3 -

Executed this 15th day of February, 2016 in Frankfurt, Germany.

_____
Dr. Michael C. Frege

*In his capacity as Insolvency Administrator
and foreign representative of Maple Bank GmbH (in Insolvernz)*

_____
Dr. Charlotte Schildt

*In her capacity as German Counsel to Dr. Frege,
Insolvency Administrator and foreign representative of Maple Bank GmbH (in Insolvenz)*