# **EXHIBIT A**

# BaFin

[http://www.bafin.de/DE/Startseite/startseite_node.html]Bundesanstalt für Finanzdienstleistungsaufsicht

## Willkommen auf der Seite der Bundesanstalt für Finanzdienstleistungsaufsicht

Sie sind hier: Startseite [http://www.bafin.de/DE/Startseite/startseite_node.html] Verbraucher [http://www.bafin.de/DE/Verbraucher/verbraucher_node.html] Aktuelles für Verbraucher [http://www.bafin.de/DE/Verbraucher/Aktuelles/verbraucher_node.html] Verbrauchermitteilungen [http://www.bafin.de/DE/Verbraucher/Aktuelles/ListeVerbrauchermitteilungen/liste_verbrauchermitteilungen_node.html]
**BaFin ordnet Moratorium über die Maple Bank GmbH an**

## BaFin ordnet Moratorium über die Maple Bank GmbH an

Bonn/Frankfurt a. M., 7. Februar 2016

Die Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin) hat am 6. Februar 2016 gegenüber der Maple Bank GmbH wegen drohender bilanzieller Überschuldung ein Veräußerungs- und Zahlungsverbot erlassen. Außerdem hat die BaFin angeordnet, die Bank für den Verkehr mit der Kundschaft zu schließen, und dem Institut untersagt, Zahlungen entgegenzunehmen, die nicht zur Tilgung von Schulden ihm gegenüber bestimmt sind („Moratorium"). Die Maßnahmen der BaFin sind sofort vollziehbar, aber noch nicht bestandskräftig.

Man habe das Moratorium anordnen müssen, um die Vermögenswerte in einem geordneten Verfahren zu sichern, teilte die BaFin zur Begründung mit. Nach einer zu bildenden Steuerrückstellung drohe dem Institut die bilanzielle Überschuldung.

Die Maple Bank GmbH hat keine systemische Relevanz und stellt daher keine Bedrohung für die Finanzstabilität dar. Die Bilanzsumme der in Frankfurt am Main ansässigen Maple Bank GmbH beläuft sich zum 4. Februar 2016 auf rund 5,0 Mrd. Euro. Das Institut weist zum selben Stichtag Verbindlichkeiten gegenüber überwiegend institutionellen Kunden in Höhe von rund 2,6 Mrd. Euro aus; auf Privatkunden entfällt nur ein sehr kleiner Teil.

Die Maple Bank GmbH versteht sich als Nischenanbieter im Investmentbanking mit Fokus auf Einzelstrategien. Sie ist auf den Wertpapier- und Derivatemärkten in West- und Nordeuropa und in Nordamerika aktiv. Alleingesellschafterin der Bank ist die Maple Financial Europe SE mit Sitz in Frankfurt am Main. Diese ist wiederum eine hundertprozentige Tochtergesellschaft der Konzernobergesellschaft Maple Financial Group Inc., die ihren Sitz in Toronto (Kanada) hat.

Die Einlagen der Kunden der Maple Bank GmbH sind im Rahmen des Einlagensicherungsgesetzes geschützt. Das Institut gehört der Entschädigungseinrichtung deutscher Banken GmbH (EdB) an. Die gesetzlichen Voraussetzungen für eine Entschädigung von bis zu 100.000 Euro je Einleger liegen vor, wenn die BaFin den Entschädigungsfall festgestellt hat. Die EdB hat die Gläubiger des Instituts unverzüglich darüber zu unterrichten, wenn dieser Fall eingetreten ist.

Darüber hinaus ist die Maple Bank GmbH Mitglied des Einlagensicherungsfonds des Bundesverbandes Deutscher Banken e.V. Dieser Einlagensicherungsfonds übernimmt nach Maßgabe seines Statuts den Teil der Einlagen, der über die gesetzliche Grenze von 100.000 Euro hinausgeht – und zwar bis zur jeweiligen Sicherungsgrenze.

## Zusatzinformationen

### Andere Sprachen

- BaFin orders moratorium on Maple Bank GmbH

### Häufige Fragen

- FAQ Maple Bank GmbH

**Ansprechpartner**



**Oliver Struck**
Telefon:+49 (0) 228 4108-2410
E-Mail:E-Mail schreiben

---

Datenschutz [http://www.bafin.de/DE/Service/Footer/Rechtliches/Datenschutz/datenschutz_node.html]

Impressum [http://www.bafin.de/DE/Service/Footer/Rechtliches/Impressum/impressum_node.html]

Nutzungsbedingungen
[http://www.bafin.de/DE/Service/Footer/Rechtliches/Nutzungsbedingungen/nutzungsbedingungen_node.html]

Inhaltsverzeichnis
[http://www.bafin.de/DE/Service/Footer/Service/Inhaltsverzeichnis/inhaltsverzeichnis_node.html]

Wegbeschreibung
[http://www.bafin.de/DE/Service/Footer/Service/Wegbeschreibung/wegbeschreibung_node.html]

 **BaFin**

[http://www.bafin.de/EN/Homepage/homepage_node.html]Federal Financial Supervisory Authority

## Willkommen auf der Seite der Bundesanstalt für Finanzdienstleistungsaufsicht

You are here:    Homepage [http://www.bafin.de/EN/Homepage/homepage_node.html]    Data & documents [http://www.bafin.de/EN/DataDocuments/datadocuments_node.html]    Press releases [http://www.bafin.de/EN/DataDocuments/Dokumentlisten/ListePressemitteilungen/liste_pressemitteilungen_node.html]    BaFin orders moratorium on Maple Bank GmbH

## BaFin orders moratorium on Maple Bank GmbH

Bonn/Frankfurt a. M., 8 February 2016

On 6 February 2016, the Federal Financial Supervisory Authority (BaFin) issued a ban on disposals and payments for Maple Bank GmbH due to the threat of balance-sheet overindebtedness. In addition, BaFin ordered that the bank be closed for business with customers and prohibited the institution from receiving payments not intended for payment of debts towards it ("moratorium"). The BaFin measures are immediately enforceable but not yet final.

As the reason for the moratorium, BaFin stated that it had to be ordered to secure the assets in an orderly proceeding. BaFin further explained that following the required provisions for taxes, the institution may face balance-sheet overindebtedness.

Maple Bank GmbH is not systemically important and thus poses no threat to financial stability. As at 4 February 2016, the balance sheet total of Maple Bank GmbH, domiciled in Frankfurt am Main, stands at roughly 5 billion euros. Also based on the data as at 4 February 2016, the institution has liabilities towards institutional customers of close to 2.6 billion euros; liabilities to retail customers only make up a negligible share of the liabilities.

Maple Bank GmbH describes itself as a niche provider in the investment banking sector, focusing on single strategies. It carries out its activities on the securities and derivatives markets in Western and Northern Europe as well as in North America. The bank's sole shareholder is Maple Financial Europe SE, domiciled in Frankfurt am Main, which, in turn, is a wholly owned subsidiary of parent company Maple Financial Group Inc., which is domiciled in Toronto, Canada.

The deposits of customers of Maple Bank GmbH are protected under the German Deposit Guarantee Act (Einlagensicherungsgesetz). The institution belongs to the Compensation Scheme of German Banks (Entschädigungseinrichtung deutscher Banken GmbH – EdB). The statutory conditions for compensation of up to 100,000 euros per depositor are met when BaFin has determined that compensation is payable. The EdB must inform creditors of the institution without delay if such case has occurred.

Maple Bank GmbH is also a member of the Deposit Protection Fund of the Association of German Banks (Einlagensicherungsfonds des Bundesverbandes Deutscher Banken e.V.). In accordance with its statute, this Deposit Protection Fund assumes the part of the deposits exceeding the statutory limit of 100,000 euros – up to the respective protection limit.

### Additional information

### Contact



**Oliver Struck**
Phone: +49 (0) 228 4108-2410
E-mail: write e-mail

Data protection
[http://www.bafin.de/EN/Service/Footer/LegalInformation/DataProtection/dataprotection_node.html]

Imprint [http://www.bafin.de/EN/Service/Footer/LegalInformation/Imprint/imprint_node.html]

Terms and Conditions
[http://www.bafin.de/EN/Service/Footer/LegalInformation/TermsAndConditions/termsandconditions_node.html]

Site map [http://www.bafin.de/EN/Service/Footer/Service/SiteMap/sitemap_node.html]

How to find us [http://www.bafin.de/EN/Service/Footer/Service/HowToFindUs/howtofindus_node.html]